690 A.2d 231

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Steven C. DERK, Petitioner.**

Supreme Court of Pennsylvania.

March 12, 1997.

350

## ORDER

PER CURIAM.

AND NOW, this 12th day of March, 1997, we GRANT the Petition for Allowance of Appeal, and we limit the issue to determining whether to remand to the Court of Common Pleas of Snyder County for an evidentiary hearing to decide whether trial counsel were ineffective for failing to request a corrupt source jury instruction.